IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NELSON RIVERA                           :        CIVIL ACTION
                                        :
v.                                      :
                                        :
TOM CORBETT, et al.                     :        08-5468

ORDER

BERYL M. SCHILLER, J.

AND NOW, this 2nd day of April, 2009, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation and the Supplemental Report and Recommendation of the United States Magistrate Judge Jacob P. Hart, and reply thereto, it is

ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for writ of habeas corpus is DENIED.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
BERYL M. SCHILLER, J.

5